UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

REBECCA PATRICK,

    Plaintiff,

-against-

ALBANY COUNTY SHERIFF CRAIG APPLE,
ALBANY COUNTY SHERIFF'S OFFICE,
CORRECTIONS OFFICER MICHAEL SNYDER,
And THE COUNTY OF ALBANY,

    Defendants.

**STIPULATION OF DISCONTINUANCE**

9:20-CV-0047
(LEK/DJS)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, in its entirety, including any and all cross-claims, appeals, and/or any future lawsuits (whether state or federal) arising from the same facts or circumstances, by and between the parties, with prejudice, and on the merits, without costs to any party as against any other.

Dated: June 1, 2021.

_____
Kevin M. Cannizzaro, Esq.
Assistant Albany County Attorney
*Attorney for Defendants*
*County of Albany, Albany County*
*Sheriff's Office and*
*Albany County Sheriff Craig Apple*
112 State Street, Room 600
Albany, New York 12207

_____
Lee D. Greenstein, Esq.
*Attorney for Plaintiff*
Office of Lee Greenstein
125 Adams Street
Delmar, New York 12054

_____
Paul DerOhannesian, II, Esq.
Attorneys for Defendant Michael Snyder
DerOhannesian & DerOhannesian
677 Broadway, Suite 707
Albany, New York 12207

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge
Dated: July 6, 2021